Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: David Grippi
Debtor

Case No.: 19–25628–KCF
Chapter 7

Marc Lebovitz
Plaintiff

v.

David Grippi
Defendant

Adv. Proc. No. 20–01407–KCF                    Judge: Kathryn C. Ferguson

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on July 19, 2023, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 34 – 32
STIPULATION AND CONSENT ORDER OF SETTLEMENT AND DISMISSAL, (related document:32 Application re: For Entry of Stipulation and Consent Order of Settlement and Dismissal filed by Plaintiff Marc Lebovitz, Plaintiff Amy Lebovitz). Filed by Michael R. Herz and Geoffrey P. Neumann. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/19/2023. (ghm)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 19, 2023
JAN: ghm

Jeanne Naughton
Clerk