Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

In Re: David Grippi
Debtor

                                                 Case No.: 19−25628−KCF
                                                 Chapter 7

Marc Lebovitz
Plaintiff

v.

David Grippi
Defendant

Adv. Proc. No. 20−01407−KCF           Judge: Kathryn C. Ferguson

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

    Please be advised that on July 19, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 34 − 32
STIPULATION AND CONSENT ORDER OF SETTLEMENT AND DISMISSAL, (related document:32 Application re: For Entry of Stipulation and Consent Order of Settlement and Dismissal filed by Plaintiff Marc Lebovitz, Plaintiff Amy Lebovitz). Filed by Michael R. Herz and Geoffrey P. Neumann. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/19/2023. (ghm)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 19, 2023
JAN: ghm

                                                                                              Jeanne Naughton
                                                                                              Clerk

United States Bankruptcy Court

District of New Jersey

Lebovitz,
    Plaintiff

Adv. Proc. No. 20-01407-KCF

Grippi,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 2
Date Rcvd: Jul 19, 2023        Form ID: orderntc        Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Amy Lebovitz, 101-3 Ballantine Road, Bernardsville, NJ 07924-1612 |
| md | + | Bruce Wisotsky, 400 Crossing Blvd, 8th Fl, Bridgewater, NJ 08807-2863 |
| dft | | David Grippi, 68 Wyckoff St, # B, Matawan, NJ 07747-3148 |
| pla | + | Marc Lebovitz, 101-3 Ballantine Road, Bernardsville, NJ 07924-1612 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2023        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce J. Wisotsky | on behalf of Mediator Bruce Wisotsky bwisotsky@nmmlaw.com mcamacho@nmmlaw.com |
| Michael R. Herz | on behalf of Plaintiff Amy Lebovitz mherz@foxrothschild.com cbrown@foxrothschild.com |
| Michael R. Herz | on behalf of Plaintiff Marc Lebovitz mherz@foxrothschild.com cbrown@foxrothschild.com |
| Timothy P. Neumann | on behalf of Defendant David Grippi timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Jul 19, 2023 Form ID: orderntc Total Noticed: 4
TOTAL: 4